IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

ANGELICA MENDOZA, an individual

       Plaintiffs,

  v.

WASCO COUNTY, a political subdivision of the State of Oregon, RICK EIESLAND, an individual; and STEVEN CONOVER, an individual

       Defendants.

No. 3:09-CV-1300-HU

(PROPOSED) ORDER AND JUDGMENT OF DISMISSAL

Pursuant to the stipulation of the parties,

IT IS HEREBY ORDERED that the case be dismissed with prejudice and without cost to either party.

/s/  Dennis J. Hubel
_____
Dennis James Hubel
United States Magistrate Judge

Page 1 –ORDER AND JUDGMENT OF DISMISSAL